Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

for the

_____ District of _____

_____ Division

NOV 0 5 2024

FILED

Case No. **CV124- 200**
*(to be filled in by the Clerk's Office)*

Plaintiff(s): Termica Shontel Harris

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Defendant(s): Charlie Norwood Department of Veteran Affairs Medical Center

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Termica Shontel Harris
- Street Address: 3173 Willow Creek Rd. Apt. C
- City and County: Augusta, Ga
- State and Zip Code: 38909
- Telephone Number: 706-495-4745
- E-mail Address: termicaharris256@gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Charlie Norwood Department of Veteran Affairs Medical Center.
- Job or Title (if known): Organization / Hospital
- Street Address: 950 15th Street
- City and County: Augusta, Ga
- State and Zip Code: 30904
- Telephone Number: 706-733-0188
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Mental Pain and Suffering : 18 U.S. Code § 2340
Negligence : VF-3700
Vicarious Liability : VF-3701 = VF 3799
Tampering with a witness, victim, or informant: 18 U.S. Code § 1512

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Charlie Norwood Department of Veterans Affairs Medical Center has failed to deliver justice concerning the events of December 29, 2022, in which deeply affected the family in the matter of pain and suffering; facilitated under vicarious liability.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I, Termica Harris, seek the maximum relief recovery in this matter; due to ongoing pain and suffering that has been experienced from the graphic events and interactions with V.A. employees; upon corresponding

V.   **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.   **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   Nov 5, 2024

Signature of Plaintiff   Termica Shontel Harris

Printed Name of Plaintiff   Termica Shontel Harris

B.   **For Attorneys**

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Plaintiff Name: Termica Shontel Harris

Address: 3173 Willow Creek rd. Apt. C., Augusta, Ga. 30909

Phone Number: 706-495-4745

The specific federal statues, federal treaties, and/ or provisions of the United States Constitution that are at issue in this case are listed as the following:

*Mental Pain and Suffering: 18 U.S. Code & 2340*

*Negligence: VF-3700 /Vicarious Liability: VF-3701=VF 3799*

*Tampering with a witness, victim, or informant: 18 U.S. Code & 1512*

**Formal Statement of Events:**

  A grievance letter was submitted to the Charlie Norwood Department of Veterans Affairs Medical Center, located at 950, 15th Street in Augusta, Ga. in January, 2023. A (Standard Form 95/ Claim For Damage, Injury, or Death) was submitted to the Office of Chief Counsel, V.A. Regional Office at 3322 West End Avenue, Suite 509, Nashville, TN. 37203 on March 10, 2023.

A police report/ case number # (509-230-384) was done in the Criminal Investigation Department of the V. A. Hospital on September 7, 2023; requesting an investigation to address my witness statement; in an effort to identify the doctor on video footage; that facilitated the act and order of services after hours; when the corresponding doctor that addressed the family had left

the hospital the evening of December 29, 2022. A release of information form was signed with a deputy officer that was never acknowledged; nor carried out on September 7, 2023.

The V.A. hospital has profoundly failed to investigate the events in which I witnessed, that took place during the time frame of my father, Richard Harris Sr's death. The extent of this experience has caused severe pain and suffering in the manner of negligence; facilitated under vicarious liability. Upon receiving such documentation, the V.A. Hospital tampered with evidence; in an effort to dismiss the claim; with no trace of discoveries to recover.

**Claim One: Mental Pain and Suffering: 18 U.S. Code & 2340**

***Claim One:*** *can so be defined in the court of law as any form of mental, physical, or emotional distress caused rather directly or indirectly; due to a series of disturbing events; witnessed or experienced, by*

*a victim.*

Evidence consist of the following:

The graphic details of seeing my father while he was in critical care were disturbing and unexplainable. He was covered with a white sheet from waste down. Tubes were attached to his body, while nurses continuously came in and out of the room to collect bags of blood. When I removed the blanket from his waist, both of his legs had been drained and were completely flat. This deeply devastated me, because the family was told by the corresponding doctor, that my father was alive. Though it appeared to be as though a disposal was taken place; of a dead body.

**Claim Two: Negligence: VF-3700 / Vicarious Liability: VF-3701=VF 3799**

***Claim Two****: can so be defined in the court of law as the careless or incompetent actions by employees in the scope of their duties. This form of power of authority is used to control others and causes a significant amount of harm to its victims. This is, therefore considered an act of negligence; due to an employee's failure to operate under the morals of empathy, fairness, and honesty.*

Evidence consist of the following:

Shortly thereafter, a doctor, not of "American Nationality," met with the family in the waiting room and it was agreed upon by all parties involved; that we would come together in the morning to discuss further options of treatment . Until then, the family was told that my father would remain on life support; in an effort to recover.  I, Termica Harris witnessed a man proclaiming to be a doctor, enter into my father, Richard Harris room after everyone had left. He paced around nervously and stared at my father in a bizarre manner. I quickly apprehended him and he insisted that he was my father's doctor from the emergency room.

He then stated that, "My father was in and out of consciousness a lot down in the emergency room." He furthermore stated that, "In the event that a big guy, such as himself tried to do CPR on my father, he could possibly crack the bones in his chest and break his windpipe." He also stated that," If we tried to resuscitate my father, he would not come back the same." The extent of this conversation has caused continuous pain and suffering. I proceeded to ask him was my father still alive and why were there bags of blood being removed from my father's body? At this point, he begin to panic and fled the room from me.

-2-

*a victim.*

Evidence consist of the following:

The graphic details of seeing my father while he was in critical care were disturbing and unexplainable. He was covered with a white sheet from waste down. Tubes were attached to his body, while nurses continuously came in and out of the room to collect bags of blood. When I removed the blanket from his waist, both of his legs had been drained and were completely flat. This deeply devastated me, because the family was told by the corresponding doctor, that my father was alive. Though it appeared to be as though a disposal was taken place; of a dead body.

**Claim Two: Negligence: VF-3700 / Vicarious Liability: VF-3701=VF 3799**

***Claim Two****: can so be defined in the court of law as the careless or incompetent actions by employees in the scope of their duties. This form of power of authority is used to control others and causes a significant amount of harm to its victims. This is, therefore considered an act of negligence; due to an employee's failure to operate under the morals of empathy, fairness, and honesty.*

Evidence consist of the following:

Shortly thereafter, a doctor, not of "American Nationality," met with the family in the waiting room and it was agreed upon by all parties involved; that we would come together in the morning to discuss further options of treatment . Until then, the family was told that my father would remain on life support; in an effort to recover.  I, Termica Harris witnessed a man proclaiming to be a doctor, enter into my father, Richard Harris room after everyone had left. He paced around nervously and stared at my father in a bizarre manner. I quickly apprehended him and he insisted that he was my father's doctor from the emergency room.

He then stated that, "My father was in and out of consciousness a lot down in the emergency room." He furthermore stated that, "In the event that a big guy, such as himself tried to do CPR on my father, he could possibly crack the bones in his chest and break his windpipe." He also stated that," If we tried to resuscitate my father, he would not come back the same." The extent of this conversation has caused continuous pain and suffering. I proceeded to ask him was my father still alive and why were there bags of blood being removed from my father's body? At this point, he begin to panic and fled the room from me.

At approximately 11:30 pm on the night of December 29, 2022 the family received a call from the V. A. hospital stating that we must return immediately. The same doctor that fled me that afternoon, met us up there. He stated that my father needed a blood transfusion and his heartbeat was dropping; after the fact, that I questioned him earlier about the bags of blood being removed from my father's body. However, not once did he state that my father was "dead." After about an hour he stated that, "It was best to let my father go in peace to his afterlife." This doctor's urgency to remove my father off life support was profound and the family stood there in total confusion. The V. A. hospital allowed this employee to conduct this order of services; before meeting with the primary doctor to discuss recovery options that were planned for the following morning.

After my father., Richard Harris Sr. was removed off life -support, this doctor made the most discriminating comment in front of the entire family. "He's gone now. I need everyone to leave the room so, I can examine the body." The doctor stated this comment; with no regard to the grieving family. In which, consisted of minor children. Within two hours, the body of my father. Richard Harris Sr. was delivered to Charlie Reid Funeral Home in Augusta, Ga. located at 314 Laney Walker Blvd A, Augusta, Ga. 30901. This event has caused significant pain and suffering and will not be resolved, until the truth prevails.

**Claim Three: Tampering with a witness, victim, or informant: 18 U. S. Code & 1512**

***Claim Three:*** *can so be defined in the court of law as the act of delaying or preventing a testimony of any person in an official proceeding; in the manner of altering, destroying, or concealing information.*

<u>Evidence consist of the following:</u>

The Tort Law Group of the U. S. Department of Veteran Affairs sent a correspondence letter on May 12, 2023. This letter provided a lawyer from the V. A. Hospital that would be investigating the claim. This lawyer used deceitful strategies to gain information from me; concerning the events that took place on December 29, 2022. This lawyer communicated with me through emails; as well as personal conversations assuring me that she was working on the claim. She indicated that she had found several inconsistencies; on the part of the V. A. Hospital. She furthermore, indicated that a settlement would be offered momentarily; due to the dramatic experience endured. As the two- year expiration date of this incident approached, she continued to assure me that justice would be served.

On September 23, 2024, a denial letter was sent from the Tort Law Group stating that I can not pursue a claim for wrongful death. My original grievance letter and claim; indicated me being a witness to disturbing events; in which, I believe led up to my father's death. A police report was done to address it as well. It would be clear when interpreting this denial letter; that the V. A. most likely did find a series of inconsistences ; as earlier stated by the appointed lawyer and are now trying to conceal evidence. The V. A. therefore, never intended to act in accordance; in the manner of delivering justice. Their mission was only to delay the time; an assume no responsibility in this matter.

**Conclusion Statement:**

I Termica Shontel Harris believe that my father Richard Harris Sr. died before he was placed on life support. I furthermore believe, that the V. A, hospital made an error down in the emergency room which tragically killed him. The conversation that I had with the doctor; who appeared after hours and conducted the removal of my father off life support, was not something anyone would just say in a typical conversation. Either he or someone did something and his urgency to dispose of my father was facilitated under an aggressive power of authority.

**Relief Recovery:**

I Termica Shontel Harris seek the maximum relief for each claim listed below:

**Claim One: Mental Pain and Suffering- 500 thousand**

Such pain has been extremely difficult to bear. Knowing that during my father's last breath of life; he was treated in such a way, as he laid there helpless and defenseless. My mind fights hard everyday to stay in touch with reality because what was before; is no longer. To see the doctors and nurses insult my intelligence has greatly disturbed me. The events of December 29, 2022, continue to wound me; as I fear my heart beat may stop at anytime; because it hurts so bad inside.

**Claim Two: Negligence- 10 million**

The V. A. Hospital employees, whom acted irresponsible on December 29, 2022 must be held accountable for their acts of negligence; which resulted in the death of Richard Harris Sr. and has caused pain and suffering beyond measure ; due to witnessing disturbing events.

**Claim Three: Tampering with a witness, victim, or informant: 100 thousand**

The corresponding V. A. lawyers & representatives acted deceitfully; to retrieve information from a grieving family member; with no regard to justice or human life.

Date:--------- Nov 5, 2024

Signature--------- *[signature]*