AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TERMICA SHONTEL HARRIS

Plaintiff,

v.

CHARLIE NORWOOD DEPARTMENT OF VETERAN AFFAIRS MEDICAL CENTER

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV124-200

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the order dated February 14, 2025, judgment is hereby entered dismissing the complaint without prejudice. This case stands closed.

2/14/25
Date

John E. Triplett, Clerk of Court
Clerk

*(signature)*

(By) Deputy Clerk

GAS Rev 10/2020